IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD DENNIS FERLINGERE,
Petitioner,
vs.
JUSTICE COURT OF CANAL
TOWNSHIP, COUNTY OF LYON,
STATE OF NEVADA; AND ROBERT J.
BENNETT, JUSTICE OF THE PEACE,
D/B/A ROBERT J. BENNETT, ACTING
AS JUDGE,
Respondents.

No. 70404

FILED

SEP 16 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF PROHIBITION OR MANDAMUS

This original pro se petition for a writ of prohibition or mandamus challenges a "Second Corrected Order Granting Summary Judgment" entered in the justice court on April 8, 2016.

Petitioner did not provide a copy of the challenged order with the petition. Having considered the papers presented, we conclude that petitioner has failed to meet his burden of demonstrating that the justice court exceeded its jurisdiction or arbitrarily or capriciously abused its discretion in entering the challenged order. NRS 34.160; NRS 34.320; NRAP 21(a)(4); *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth*

16-28864

*Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc: Ronald Dennis Ferlingere
Attorney General/Carson City
Third District Court Clerk